# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA )
    v. ) CASE NO. 1:12-CR-00011-DLB
     )
ROBERT E. NORRIS

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus
    ☒ Ad Prosequendum      ☐ Ad Testificandum.

Name of Detainee: **ROBERT E. NORRIS**

Detained at (custodian): **Fresno County Jail**

Detainee is: a.) ☒ charged in this district by:
    ☐ Indictment      ☒ Information      ☐ Complaint
Charging Detainee With: **18 U.S.C. § 111(a)(1)-Simple Assault of Certain Officers or Employees and 38 C.F.R. § 1.218(b)(11)-Disorderly Conduct**

or b.) ☐ a witness not otherwise available by ordinary process of the Court

Detainee will: a.) ☒ return to the custody of detaining facility upon termination of proceedings
or b.) ☐ be retained in federal custody until final disposition of federal charges, as a sentence is currently being served at the detaining facility

*Appearance is necessary in the Eastern District of California on* **Thursday, November 8, 2012, at 10:00 a.m.**, *Courtroom 9, 6th Floor, before the Honorable Magistrate Judge Dennis L. Beck.*

Signature:/s/ Andrew L. Gradman
Printed Name & Phone No: **Andrew L. Gradman (559) 497-4000**
Attorney of Record for: United States of America

## WRIT OF HABEAS CORPUS
☒ Ad Prosequendum      ☐ Ad Testificandum

The above application is granted and the above-named custodian, as well as the United States Marshal's Service for this district, is hereby ORDERED to produce the named detainee, , and any further proceedings to be had in this cause, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

5 November 2012      /s/ Dennis L. Beck
Date      United States Magistrate Judge

Please provide the following, if known:

| | | | |
|---|---|---|---|
| AKA(s) (if applicable): | Robert E. Norris | Male ☒ | Female ☐ |
| Booking or CDC #: | Booking #1241866 Release date: Unknown | DOB: | 07/11/1950 |
| Facility Address: | 2200 Fresno Street | Race: | White |
| | Fresno, CA 93721 | FBI #: | |
| Facility Phone: | (559) 488-3939 | | |
| Currently Incarcerated For: | PC 451 D-Arson; PC422-Crim Threat; PC496D-Receiving Stolen Prop Motor Veh; PC12020A-Poss. Mfg Sell Dangerous Weapon | | |

### RETURN OF SERVICE

Executed on _____ by _____

Form Crim-48      Revised 11/19/97

(Signature)